IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01492-AP

FRANCES PERSON,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,
        Defendant.

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Chris R. Noel | John F. Walsh |
| 3000 Pearl Street, #212 | United States Attorney |
| Boulder, Colorado 80301-2431 | |
| Telephone: 303-449-6503 | Kevin T. Traskos |
| chrisildar@comcast.net | Civil Chief |
| | Assistant United States Attorney |
| | District of Colorado |
| | |
| | William G. Pharo |
| | Assistant United States Attorney |
| | District of Colorado |
| | |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street, |
| | Denver, Colorado 80202 |
| | (303) 844-0815 |
| | Stephanie.kiley@ssa.gov |

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

   | | | |
   |---|---|---|
   | A. | Date Complaint was filed: | June 7, 2011 |
   | B. | Date Complaint was served on U.S. Attorney's Office: | June 10, 2011 |
   | C. | Date Answer and Administrative Record were filed: | August 9, 2011 |

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

   Plaintiff states: the record cannot be vouched for until after Plaintiff's opening brief is finally drafted and filed.

   Defendant states: to the best of his knowledge, the administrative record is complete and accurate.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

   Plaintiff will move to supplement and/or correct the record if it is defective, missing evidence, or does not contain evidence that was submitted administratively but may have inadvertently been left out of the record.

   Defendant will consider and respond to any motion filed by Plaintiff as appropriate.

6. STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

   The parties, to the best of their knowledge, do not believe the cases raises unusual claims or defenses.

7. OTHER MATTERS

   The parties have no other matters to bring to the attention of the Court.

8.  BRIEFING SCHEDULE

    The parties respectfully request the following briefing schedule:

    A.  Plaintiff's opening brief due                October 10, 2011
    B.  Defendant's response brief due               November 9, 2011
    C.  Plaintiff's reply brief due                  November 24, 2011

9.  STATEMENTS REGARDING ORAL ARGUMENT

    A.  Plaintiff does request oral argument if only to clarify the issues or at the behest of the court.
    B.  Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PRROF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 17th day of August, 2011.

                                            BY THE COURT:


                                            *s/John L. Kane*
                                            U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Chris R. Noel  
Chris R. Noel  
3000 Pearl Street, #212  
Boulder, Colorado 80301-2431  
tel:  303-449-6503  
chrisildar@Comcast.net

JOHN F. WALSH  
United States Attorney

KEVIN T. TRASKOS

Civil Chief  
Assistant United States Attorney  
District of Colorado

WILLIAM G. PHARO  
Assistant United States Attorney

s/Stephanie Lynn F. Kiley  
Stephanie Lynn F. Kiley  
Special Assistant United States Attorney  
Office of the General Counsel  
Social Security Administration  
1001 Seventeenth Street  
Denver, Colorado 80202  
(303) 844-0815  
Stephanie.kiley@ssa.gov