IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01492-RBJ-CBS

FRANCES PERSON,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

---

## ORDER

---

      This matter is before the Court on the May 21, 2012 Recommendations by Magistrate Judge Craig B. Shaffer [docket #19] that plaintiff Frances Person's the Commissioner's final decision be affirmed, and that this civil action be dismissed, with each party to bear her or his own fees and costs. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

      The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. Doc. #19 at 18-19. No objections to Magistrate Judge Shaffer's Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")).

Based on its review of the Recommendation and documents in the file, the Court concludes that the Magistrate Judge's analyses and recommendations are correct, and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note. Therefore, the Court ADOPTS the Recommendation of The United States Magistrate Judge as the findings and conclusions of this Court. The Court enters final judgment dismissing this case and all claims therein with prejudice, each party to bear her and his own costs and fees.

DATED this 13th day of June, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge